DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CELESTINO A. JAPNGIE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2101

[October 19, 2017]

Appeal of order denying 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit; Palm Beach County, John S. Kastrenakis, Judge; L.T. Case No. 2011CF007202A.

Celestino A. Japngie, Doral, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***